IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:17-CR-00625-K (01) |
| LIMBIC PARTNERS, LLC | |

## SATISFACTION OF JUDGMENT

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Texas under case number 3:17-CR-625-01.  The judgment in the amount of $933,651.97 has been paid or otherwise satisfied.  The Clerk of the United States District Court is hereby authorized to release this judgment of record.  This release does not apply to any forfeiture obligations of the defendant.

    Respectfully submitted,

    ERIN NEALY COX
    United States Attorney

    */s/ Beverly K. Chapman*
    BEVERLY K. CHAPMAN
    Assistant United States Attorney
    Illinois Bar No. 6317514
    1100 Commerce Street, Third Floor
    Dallas, Texas  75242-1699
    Telephone:  214-659-8600
    Facsimile: 214-659-8803
    beverly.chapman@usdoj.gov

# CERTIFICATE OF SERVICE

      The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

      Satisfaction of Judgment

was served on April 30, 2018, pursuant to the district court's ECF system and via first-class mail to the following non-ECF filer:

LIMBIC PARTNERS, LLC
Arlington, Texas[1]
*Defendant*

      */s/ Beverly K. Chapman*
      BEVERLY K. CHAPMAN
      Assistant United States Attorney

---

[1] The United States served the defendant-judgment debtor by regular mail to the defendant's last known address, as criminal defendants are required to notify the Attorney General and the court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full.  *See* 18 U.S.C. §§ 3612(b)(1)(f), 3572(d)(3), and 3664(k).